IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
ARTHUR O. ARMSTRONG,           )
                               )
          Plaintiff,           )
                               )
     v.                        )     1:25-cv-833
                               )
JOHN THOMPSON, Chief of        )
Police City of Greensboro,     )
NORTH CAROLINA, and            )
CITY OF GREENSBORO,            )
                               )
          Defendant,.          )
```

**ORDER**

This matter is before the court for review of the Text Recommendation ("Recommendation") filed on October 4, 2025, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Text Recommendation 10/04/2025.) In the Recommendation, the Magistrate Judge recommends that this action be dismissed. The Recommendation was served on Plaintiff October 6, 2025. (Doc. 5.) Plaintiff filed timely objections, (Doc. 7), to the Recommendation.

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations

made by the [M]agistrate [J]udge. . .[,] or recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has considered Plaintiff's arguments in his objections and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

In addition to filing objections to the Recommendation, Plaintiff filed a pleading entitled "Motion for Summary Judgment with Supporting Affidavit and Documentation." (Doc. 6.) The court finds that Plaintiff's motion should be denied as moot.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Text Recommendation, (Text Recommendation 10/04/2025), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED**, without authorization to file a notice of appeal, as a frivolous continuation of Plaintiff's long-standing pattern of frivolous litigation conduct, particularly as addressed (in regard to the same basic claims and/or Defendant(s) concerning an incident in 1999) in the court's dispositions of Armstrong v. North Carolina, No. 1:23CV297 and Armstrong v. North Carolina, No. 1:23CV364.

**IT IS FURTHER ORDERED** that Plaintiff shall pay $1000 as a monetary sanction for this continuation of his long-standing pattern of frivolous litigation conduct (because smaller

- 2 -

Case 1:25-cv-00833-WO-LPA   Document 8   Filed 11/26/25   Page 2 of 3

sanction amounts previously imposed have proven ineffective in deterring Plaintiff's frivolous filings).

**IT IS FURTHER ORDERED** that in addition to any and all other injunctions in place against Plaintiff, Plaintiff Arthur O. Armstrong is hereby **ENJOINED** from making any filings in this court unless and until he first pays any outstanding monetary sanction(s).

Furthermore, that any documents submitted to the court by Plaintiff prior to such payment, the clerk is directed to hold for his retrieval or otherwise return to Plaintiff without docketing.

**IT IS FURTHER ORDERED** that Plaintiff's "Motion for Summary Judgment with Supporting Affidavit and Documentation," (Doc. 6), is **DENIED** as **MOOT**.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 26th day of November, 2025.

_____
United States District Judge

- 3 -

Case 1:25-cv-00833-WO-LPA   Document 8   Filed 11/26/25   Page 3 of 3